# Exhibit B





