UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 16-20595-SEITZ

BRUCE J. SIMPSON *et al.*,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## ORDER GRANTING-IN-PART AND DENYING-IN-PART DEFENDANT'S MOTION TO DISMISS

THIS MATTER came before the Court for a hearing on Defendant Royal Caribbean Cruises LTD's Motion to Dismiss Plaintiffs' First Amended Complaint [DE 22]. Defendant asserted two grounds for dismissal: (1) that Counts 2 and 3 of Plaintiffs' First Amended Complaint [DE 21] were duplicative and should be re-pled as a single count of negligence; and (2) Plaintiffs' request for punitive damages should be dismissed because punitive damages are not available for personal injury claims arising under maritime law. For the reasons stated at the hearing held on May 2, 2016, the Court will grant-in-part and deny-in-part Defendant's Motion to Dismiss. Accordingly, it is

ORDERED THAT

(1) Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint [DE 22] is **GRANTED** as to the first ground for dismissal and **DENIED** as to the second ground.

(2) On or before **May 16, 2016**, Plaintiffs shall amend their complaint per the instructions of this Court.

DONE AND ORDERED in Miami, Florida, this 2nd day of May, 2016.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record